IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THE GREAT AMERICAN FOOD CHAIN, INC. AND EDWARD SIGMOND,  §§§§ Plaintiffs, § v. § ROBERT ANDREOTTOLA, § AMERICAN FRANCHISE CAPITAL § LLC, AND APPLE CENTRAL LLC, §§ Defendants. § | Civil Action No. **3:14-CV-1727-L** |

## ORDER

Before the court is Defendants American Franchise Capital I, LLC F/K/A American Franchise Capital, LLC and Apple Central LLC's Motion to Dismiss (Doc. 5), filed July 1, 2014. The motion was referred to Magistrate Judge Renee Harris Toliver, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on January 15, 2015, recommending that the court grant the motion to dismiss and dismiss without prejudice the claims against Defendants American Franchise Capital, LLC and Apple Central LLC pursuant to Federal Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction. No objections to the Report were received as of the date of this order.

Having reviewed the motion, response, pleadings, evidence, the record, and Report, the court determines that the findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the court **grants** Defendants American Franchise Capital I, LLC F/K/A American Franchise Capital, LLC and Apple Central LLC's Motion to Dismiss (Doc. 5) and **dismisses without**

**prejudice** Plaintiff's claims against Defendants American Franchise Capital, LLC and Apple Central LLC pursuant to Federal Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction.

   **It is so ordered** this 4th day of February, 2015.

                                    _____
                                    Sam A. Lindsay
                                    United States District Judge